UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA              :
                                      :
          - against -                 :        05 Cr. 228 (AKH)
                                      :
ARNOLD SQUITIERI, *et al.*,           :        **ORDER GRANTING BAIL**
          Defendants,                 :
                                      :
ALPHONSE SISCA,                       :
          Defendant.                  :
------------------------------------------------------X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

**UPON** the application of Hoffman & Pollok, LLP, attorneys for the defendant, ALPHONSE SISCA, and after hearing oral argument on June 30, 2005, by the United States Attorney for the Southern District of New York and counsel for the defendant, it is hereby

**ORDERED**, that the defendant be placed on bail pursuant to 18 United States Code, § 3142(a)(2)(c), under the following terms and conditions:

1. The period of bail after the defendant's release from the custody of the United States Bureau of Prisons shall be a term of three (3) months from the execution of this Order, with leave to renew the application if the conditions giving rise to granting bail are still in place, and if Defendant has remained in compliance with the terms of this Order.

2. The defendant shall be subject to strict electronic monitoring administered by Pretrial Services and/or the Department of Probation of this Court.

3. The defendant shall be confined to two electronically monitored locations: 1) his home located at 53 Anderson Avenue, Englewood Cliffs, New Jersey, and 2) the home of his son Edward Sisca, located at 32 New Street, Englewood Cliffs, New Jersey, pursuant to a schedule approved by Pretrial Services. The defendant may be driven between these two locations only by his son Alphonse Sisca, or by his daughter, Catherine Sisca Pierorazio. The defendant is not

permitted to drive any vehicle in traveling to or from his son's residence or to a co-defendant meeting.

4. The defendant shall avoid all contact with any alleged victims or his co-defendants without prior written approval of this Court. The defendant shall, however, be permitted to travel to the Metropolitan Detention Center for purposes of attending co-defendant meetings, provided that he is accompanied to the meeting and returned to his home by his counsel, and upon approval by the United States Bureau of Prisons and appropriate notification to Pretrial Services.

5. Subject to the provisions of Paragraph 4 above, the defendant shall have no association with, and no visitors from any persons except: members of his immediate family who are specifically designated in Schedule A attached hereto, and his son and wife's physicians, his counsel, and members of his counsel's law firm, who are specifically named in Schedule B attached hereto.

6. It is the intent of this Court to make this an Order of "non-communication" with any person except for those specifically designated in Schedules A and B. Therefore, the defendant may not make outgoing telephone calls from any telephone and may only use a land-line in either his home or the home of his son Edward to receive calls from the individuals specified in Schedules A and B. Visitors to the defendant's house are not permitted to bring cellular phones into the house.

7. The defendant shall provide to the government the cellular telephone numbers of all individuals listed in Schedules A and B.

8. The defendant and his family will execute a Personal Recognizance Bond in the amount of Five Million Dollars ($5,000,000.00) secured by property with a fair market value of

approximately Five Million Eight Hundred Thousand Dollars ($5,800,000.00) posted by the defendant's family as is delineated in Schedule C attached hereto. The Court may appoint special counsel at the expense of defendant, to advise it with regard to the sufficiency of the collateral.

    9. All costs for the monitoring of the bail conditions shall be borne by the defendant.

    10. Counsel for the defendant shall serve this Order on all other parties in this case, their counsel, and all persons specified in Schedules A and B of this Order.

    11. This Order is stayed for 10 days from the date of entry so that the government may pursue an appeal of this Order and expedited scheduling, and a longer stay from the Court of Appeals.

Dated: New York, New York
       July 14, 2005

Alvin K. Hellerstein
United States District Judge

# SCHEDULE A

| Name | Relationship to Alphonse Sisca | Cell Phone Nos. |
|---|---|---|
| Mary Jane Sisca | Spouse | 201-232-8722 |
| Edward Sisca | Son | 917-589-9624 |
| Renee Sisca | Daughter-in-law | 201-321-3729 |
| Catherine Sisca Pierorazio | Daughter | 201-394-4394 |
| Wes Pierorazio | Son-in-law | 917-613-2398 |
| Alphonse Sisca, Jr. | Son | n/a |
| Renee T. Sisca | Daughter-in-law | n/a |
| Edward Sisca, Jr. | Grandchild | n/a |
| Samantha Sisca | Grandchild | 201-240-9999 |
| Nicholas Pierorazio | Grandchild | n/a |
| Wesley Pierorazio | Grandchild | n/a |
| Tyler Sisca | Grandchild | n/a |
| Edgar Sisca | Father | n/a |
| Grace Puliafico | Sister | 201-960-0246 |
| Seta Sanosian | Mary Jane's physical therapist | n/a |
| Dr. Alter-oncology<br>Dr. Schiff-radiology<br>Dr. Mears-oncology<br>Dr. Goldman-internist<br>Dr. Close-surgeon | Edward Sisca's physicians | Dr. Alter: 201-996-5900<br>Dr. Schiff: 212-305-2991<br>Dr. Mears: 212-305-3506<br>Dr. Goldman: 201-568-1108<br>Dr. Close: 212-305-1696 |
| Dr. Mears-ongology<br>Dr. Goldman-interist<br>Dr. Schneider-gastro<br>Dr. Joseph-breast | Mary Jane's physician | Dr. Mears: 212-305-3506<br>Dr. Goldman: 201-568-1108<br>Dr. Schneider: 212-326-8426<br>Dr. Joseph: 212-305-0742 |
| Ramona Nelida Runiski | Housekeeper | n/a |

# SCHEDULE B

**Hoffman & Pollok LLP, 260 Madison Avenue, New York, NY 10016 (212) 679-2900**

John L. Pollok, Esq.,
Jeffrey C. Hoffman, Esq.
Susan C. Wolfe, Esq.
William A. Rome, Esq.
Jacqueline Land, Esq.

# SCHEDULE C

**Bail Package**

| Property | Owners | Appraisal | Existing Mortgage | Actual Value |
|---|---|---|---|---|
| 38 Lynn Drive Englewood Cliffs, NJ 07632 | Alphonse/Renee Sisca | $1,300,000.00 | $520,000.00 | $780,000.00 |
| 317 High Street, Norwood, NJ 07648 | Catherine /Wesley Pierorazio | $1,350,000.00 | $450,000.00 | $900,000.00 |
| 32 New Street (a/k/a 18 Alpine Court), Englewood Cliffs, NJ 07632 | Renee Sisca | $1,800,000.00 | $600,000.00 | $1,200,000.00 |
| 327 East 116th Street, New York, NY 10017 | Catherine/Oreste Abbamonte | $760,000.00 | $250,000.00 | $510,000.00 |
| 53 Anderson Avenue, Englewood Cliffs, NJ 07632 | Mary Jane Sisca | $1,100,000.00 | $200,000.00 | $9,000,000.00 |
| 267 West 27th Street, Ship Bottom, NJ | Mary Jane Sisca | $1,210,000.00 | None | $1,210,000.00 |
| 22 John Circle, Norwood, NJ | Michele & Sergio Brajuha | $555,000,000 | $250,000.00 | $305,000.00 |
| **TOTAL VALUE:** | | | | **$5,805,000.00** |